**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Michael Oduro Kwarteng v. The State of Texas

Appellate case number:   01-13-00909-CR

Trial court case number: 1369903

Trial court:             182nd District Court of Harris County

      Our review of the above-referenced appeal requires a supplemental clerk's record containing the pre-trial sentencing report referenced at the September 18, 2013 sentencing hearing in the underlying case. Accordingly, we order that the district court clerk file a supplemental clerk's record containing the pre-trial sentencing report by no later than January 14, 2015.

      It is so ORDERED.

Judge's signature: /s/ Jane Bland
          ☑ Acting individually     ☐ Acting for the Court

Date: January 7, 2015